UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Love**, <br><br> Plaintiff, <br><br> v. <br><br> **Victor Aranda,** in individual and representative capacity as trustee of The Victor Aranda Trust; and Does 1-10, <br><br> Defendants. | Case: No.: 4:19-CV-01839-YGR <br><br><br> [proposed] **ORDER GRANTING JOINT STIPULATION** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. Defendant shall file an answer on or before June 28, 2019; and

2. The parties are relieved from their obligation to conduct the joint site inspection under General Order No. 56.

IT IS SO ORDERED.

Dated: June 3, 2019

_____
HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE