CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

ANDREW J. KOZLOW (SBN: 252295)
akozlow@ericksenarbuthnot.com
ERICKSEN ARBUTHNOT
2300 Clayton Road, Suite 2300
Concord, California 94520
Telephone: (510)832-7770
Facsimile: (510)832-0102
Attorneys for Defendant
Victor Aranda

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
10/10/2019

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE, <br><br> Plaintiff, <br><br> v. <br><br> VICTOR ARANDA, in individual and representative capacity as trustee of The Victor Aranda Trust; and Does 1-10, <br><br> Defendants. | Case: 4:19-CV-01839-YGR <br><br> **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii** |

## STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: October 07, 2019		CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
Amanda Lockhart Seabock
Attorneys for Plaintiff

Dated: October 07, 2019		ERICKSEN ARBUTHNOT

By: /s/ Andrew J. Kozlow
Andrew J. Kozlow
Attorneys for Defendant
Victor Aranda

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Andrew J. Kozlow, counsel for Victor Aranda, and that I have obtained authorization to affix his electronic signature to this document.

Dated: October 07, 2019        CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
Amanda Lockhart Seabock
Attorneys for Plaintiff